IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:17-CV-099-DCK

| TRES CONLEY WALDROOP, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| NANCY A. BERRYHILL, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 28) filed by Russell R. Bowling, concerning Melissa Palmer on January 3, 2018. Melissa Palmer of the Olinsky Law Group seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 28) is **GRANTED**. Melissa Palmer is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 4, 2018

_____
David C. Keesler
United States Magistrate Judge