# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:17-CV-099-DCK

| | |
|---|---|
| **TRES CONLEY WALDROOP,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **NANCY A. BERRYHILL,**<br>**Acting Commissioner of Social Security,** | )<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412" (Document No. 30) filed March 26, 2018. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendant's counsel has no objection to the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412" (Document No. 30) is **GRANTED**. The Commissioner of Social Security shall pay to Plaintiff the sum of four thousand, five hundred, forty-one dollars and ten cents ($4,541.10), sent to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under the EAJA, 28 U.S.C. 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

**SO ORDERED**.

Signed: April 9, 2018

_____
David C. Keesler
United States Magistrate Judge